# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Mueller v. Deutsche Bank Aktiengesellschaft   Docket No.: 25-1162

Lead Counsel of Record (name/firm) or Pro se Party (name): Geoffrey P. Eaton, Sparacino PLLC

Appearance for (party/designation): Appellants Richard Mueller, et al.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.  Please change the following parties' designations:
    Party                           Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✔) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Geoffrey P. Eaton
Firm: Sparacino PLLC
Address: 1920 L Street, NW, Suite 835, Washington, D.C. 20036
Telephone: (202) 629-3530           Fax:
Email: geoff.eaton@sparacinopllc.com

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.  The short title, docket number, and citation are:_____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 12/22/2021 OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Geoffrey P. Eaton
Type or Print Name: Geoffrey P. Eaton
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.