UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT |||
|---|---|---|
| **CASE TITLE**<br>Richard Mueller II, et al.,<br>v.<br>Deutsche Bank Aktiengesellschaft, et al., | **DISTRICT**<br>S.D.N.Y. | **DOCKET NUMBER**<br>1:24-cv-06225-DLC |
| | **JUDGE**<br>Denise L. Cote | **APPELLANT**<br>All Plaintiffs |
| | **COURT REPORTER** | **COUNSEL FOR APPELLANT**<br>Geoffrey P. Eaton |

Check the applicable provision:

☐ I am ordering a transcript.

☑ I am not ordering a transcript

Reason for not ordering a transcript:

☐ Copy is already available

☑ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

METHOD OF PAYMENT    ☐ Funds    ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

**I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /s/ Geoffrey P. Eaton | 5/8/25 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |